UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/31/2022
```

-------------------------------------------------------------------X
:
L.S-C.,                                                            :
:
                                        Plaintiff,                 :
:                         21-cv-11198 (LJL)
                    -v-                                             :
:                              ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION                              :
et al,                                                             :
:
                                        Defendants.                :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        The parties' proposed briefing schedule at Dkt. No. 18 is approved.

        The parties are directed to meet and confer prior to the filing of the motion for summary
judgment regarding Plaintiff's requests for attorneys' fees.  The parties are further ordered to
adhere to the following procedures:

- Along with the motion for summary judgment, Plaintiff shall file a chart indicating
  the total hours billed for each professional (attorney or paralegal) on each phase of the
  case (administrative or federal).

- When the motion for summary judgment is filed, Plaintiff is to provide Defendants
  (but need not file with the Court) an itemized chart of billing records (in either word
  processing or spreadsheet format) where each row of the chart is a separate billing
  entry and each row of the chart is consecutively numbered.

- If Defendants object to any billing entries, Defendants shall identify their objections
  next to each billing entry along with the specific basis for each objection (in a
  separate column).  Overbroad objections or objections made without specificity will
  be disregarded.  Defendants shall file this chart with its opposition to the motion for
  summary judgment and shall provide this chart to Plaintiff in word processing or
  spreadsheet format.  In the memorandum in opposition to Plaintiff's motion,
  Defendants shall refer to the billing entries by row number (but may for convenience
  address objections made on the identical basis as a group).   Any objections not
  identified with specificity in the chart shall be deemed to be waived.

- In reply, Plaintiff's responses to each of Defendants' objections shall be made in a
  separate column of the chart.  In reply briefing, Plaintiff shall refer to the billing

entries by row number.

For reference, below please find a sample template for the chart.  (The template is for illustrative purposes only, and the parties may deviate from this template so long as they adhere to the instructions above.)

| Entry # | Billing Entries | | | | | Defendants' Objection | Plaintiff's Response |
|---|---|---|---|---|---|---|---|
| | Date | Description | Time Billed | Rate | Amount | | |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| . . . | | | | | | | |

SO ORDERED.

Dated: May 31, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge